**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Frankies Fun Park of Columbia, LLC; Frankies Fun Park of Greenville, LLC; Frankies Fun Park Of Raleigh, LLC; and Frankies Fun Park of Charlotte, LLC, | ) ) ) ) ) | Civil Action No. 2:24-cv-02836-DCN |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| The United States Small Business Administration; Isabel Casillas Guzman, in her official capacity as Administrator of the United States Small Business Administration; Janet Yellen, in her official capacity as Secretary of the United States Department of the Treasury; and the United States of America, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE**

Pursuant to Local District Court Rule 6.02, the undersigned requests protection from trial or other appearances in this action from **April 10-20, 2026** for approved leave from her duties as an Assistant United States Attorney. This protection will not cause any foreseeable delays in the current Scheduling Order milestones.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

*/s/Joanna B. Stroud*
Joanna B. Stroud (#11245)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
843-266-1676
Joanna.Stroud@usdoj.gov

April 2, 2026